Before STATE INDUSTRIAL BOARD, Respondent. MINNIE WARD, Respondent, v. AMERICAN CAR AND FOUNDRY COMPANY, Appellant.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground

---

* See Workmen's Compensation Law of 1922, § 18.— [REP.

that the evidence shows there was no causal relation between the injuries and the cause of the death. All concur.